IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SANFORD DAVIS,

    Plaintiff,

v.                             3:12-CV-02161
                                (JUDGE MARIANI)

PENNSYLVANIA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.

FILED
SCRANTON

DEC 2 3 2013

PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 17TH DAY OF DECEMBER, 2013,** upon review of Magistrate Judge Carlson's Report and Recommendation of September 30, 2013 (Doc. 55) for clear error and manifest injustice; Plaintiff's Motion for Summary Judgment (Doc. 50); and the Briefs supporting and opposing Plaintiff's Motion (Docs. 51, 52, 53), **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 55) is **ADOPTED,** for the reasons stated therein, and based on the failure of any party to object thereto.

2. Plaintiff's Motion for Summary Judgment (Doc. 50) is **DENIED**.

3. The Court notes that several other Motions are pending. These will be addressed separately.

Robert D. Mariani
United States District Judge